# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 6, 2008

135241 & (52)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

THOMAS OWCZAREK, a Taxpayer of the
Fitzgerald Public Schools, and FITZGERALD
PUBLIC SCHOOLS,
        Plaintiffs-Appellants,

v

STATE OF MICHIGAN, DEPARTMENT OF
EDUCATION, DEPARTMENT OF
MANAGEMENT & BUDGET, and TREASURER
OF THE STATE OF MICHIGAN,
        Defendants-Appellees.

SC: 135241
COA: 273322

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 11, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 6, 2008

_____
Clerk

t0130